# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145589

WESTFIELD INSURANCE COMPANY,
  Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
  Defendant-Appellant.

SC: 145589
COA: 295486
Macomb CC: 08-005353-CK

_____/

   On order of the Court, the application for leave to appeal the June 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   HATHAWAY, J., not participating because she has a professional relationship with a member of a law firm involved in this matter.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

h1113